| | |
|---|---|
| 1 | ANDREY AKIMENKO |
| 2 | 3067 5th Avenue<br>San Diego, CA 95442 |
| 3 | Tel: (415) 715-4543<br>an.akimenko@gmail.com |
| 4 | ANDREY AKIMENKO, IN PRO SE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREY AKIMENKO, | | Case No. 3:23-cv-04990-CRB |
| Plaintiff, | | Judge: Charles R. Breyer |
| vs. | | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS INC, and AZTEK FINANCIAL LLC, | | |
| Defendants. | | **Trial Date: None Set** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed with prejudice. Each side shall bear own costs and fees.

Dated: September 18, 2024

/s/ Andrey Akimenko
By: Andrey Akimenko, In Pro Se
Plaintiff


/s/ Michael C. Barnhill
By: Michael C. Barnhill
Attorney for Defendant Aztec Financial, LLC


/s/ Kja Harper-Gopaul
By: Kja Harper-Gopaul
Attorney for Defendant Experian Information Solutions, Inc.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 19, 2024

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE